Cite as 2025 Ark. 112
# SUPREME COURT OF ARKANSAS

**Opinion Delivered:** June 5, 2025

IN RE ARKANSAS JUDGES AND
LAWYERS ASSISTANCE PROGRAM
COMMITTEE

**PER CURIAM**

Laura Gilson is appointed chair to the Arkansas Judges and Lawyers Assistance Program Committee for a six-year term expiring June 5, 2031. She is replacing Colin R. Jorgensen, whose term has concluded.

Susan Calhoun Dumas is appointed to the Arkansas Judges and Lawyers Assistance Program Committee as a lay member for a six-year term expiring June 5, 2031. She is replacing Dr. LaVerne Bell-Tolliver, whose term has concluded.

The court extends its sincere appreciation to Ms. Gilson and Ms. Dumas for accepting their appointments to this important committee. The court also expresses its gratitude to Mr. Jorgensen and Dr. Bell-Tolliver for their dedicated service to the committee.